AO 440 (Rev. 12/09) Summons in a Civil Action


E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. *Plaintiff* v. Basil Hawkins, et als *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. CV 11 2334 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam Magyarfa
Kalap u.3 Paks Tolna
7030 HU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: 05/11/2011

ANNA SPRINKLES
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

 E-filing

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Basil Hawkins, et als | ) ) | |
| *Defendant* | | CV 11  2334  JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Barrera
926 Locust Avenue
Apt. 209
Long Beach, CA  90813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA  02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date:  05/11/2011

ANNA SPRINKLES

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CrunchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. <br> *Plaintiff* <br> v. <br> Basil Hawkins, et als <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br> CV 11 2334 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basil Hawkins, 73 Westend, Coverk Coverkshire, wn9 6nd, Great Britain 07687 765676

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: 05/11/2011

ANNA SPRINKLES

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**JCS**

CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc.

*Plaintiff*

v.

Basil Hawkins, et als

*Defendant*

)
)
)
)
)
)
)
)

CV Civil Action No.   **11 2334**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dominik Ichiga
117 Round Wpd.
Iannisen,
Cardiff US, cf34 3hq
Great Britain, 07909 931861


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA  02109


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: 05/11/2011

ANNA SPRINKLES
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Basil Hawkins, et als | ) ) ) | |
| Defendant | ) | CV 11 2334 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susuke Uchiha
5-3, Yaesu 1-Chome
Tokyo Tokyo, Japan 176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.     RICHARD W. WIEKING

*CLERK OF COURT*

Date: 05/11/2011                                       ANNA SPRINKLES

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California



| | |
|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc.<br>*Plaintiff*<br>v.<br>Basil Hawkins, et als<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) |



CV 11 2334

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Aria Admiral
825 Locust Avenue
Apartment 103
Long Beach, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

ANNA SPRINKLES

Date:   05/11/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
Basil Hawkins, et als )  CV 11  2334
)
*Defendant* )

JCS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Jones
105 Pine Crest Road
Toronto, ON  M6)3G6, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA  02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

ANNA SPRINKLES

Date:    05/11/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Basil Hawkins, et als | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

CV 11 2334

JCS

To: *(Defendant's name and address)* Moe Ahmad
1818 So. George Mason Drive
Arlington, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

ANNA SPRINKLES

Date: 05/11/2011

*Signature of Clerk or Deputy Clerk*



E-filing

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. <br> *Plaintiff* <br> v. <br> Basil Hawkins, et als <br> *Defendant* | ) ) ) ) ) ) ) | Civil Action No. <br> CV 11 2334 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eazy Andres
1002 Oaktree Drive
Orlando, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

ANNA SPRINKLES

Date: _____05/11/2011_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **CV 11  2334** |
| Basil Hawkins, et als | ) ) ) | |
| Defendant | ) | |



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Treystonn Kings
44 Canon Drive Lane
New York Bronx, NY


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA  02109


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.  RICHARD W. WIEKING

*CLERK OF COURT*

ANNA SPRINKLES

Date:  05/11/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc.<br>*Plaintiff*<br>v.<br>Basil Hawkins, et als<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>) |

SUMMONS IN A CIVIL ACTION    CV 11   2334

To: *(Defendant's name and address)* Trevort West
17 Turnback Lane
Auburn Cayuga County, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

ANNA SPRINKLES

Date: 05/11/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

JCS

| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Basil Hawkins, et als | ) |
| | ) |
| *Defendant* | ) |

CV 11    2334

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Racim Boumedo
27 Street
Clareview, Edmonton
Alberta T5A 4B8, Canada


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: 05/11/2011

ANNA SPRINKLES

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CrynchRoll, Inc. and TV TOKYO Corporation, by its attorney-in-fact, CrunchyRoll, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. CV 11 2334 JCS | |
| Basil Hawkins, et als | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andreas Nielsen
Bygaden 31A
Karise Kobenhvn, 4868, DK


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date:   05/11/2011

ANNA SPRINKLES

*Signature of Clerk or Deputy Clerk*
ANNA SPRINKLES

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: