

**RUBERTO, ISRAEL & WEINER**

Maureen Mulligan
Ext.: 279
E-mail: msm@riw.com

August 10, 2011

VIA E-MAIL (Karen_Hom@cand.uscourts.gov)

The Honorable Joseph C. Spero
U. S. District Court
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Crunchyroll, Inc., et al v. Hawkins, et al
Docket No. 3:11-cv-02334-JCS

Dear Ms. Hom:

I am requesting a telephonic appearance for the hearing on Plaintiffs' Motion for Alternate Service scheduled on Friday, August 12, 2011 at 9:30 a.m. with reference to the above-entitled matter. My land line telephone number is 617-570-3579.

Thank you for your cooperation in this matter.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.

Very truly yours,

Maureen Mulligan

Dated: 8/10/11



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

MM/jlm

{00161829.DOC/1}