Maureen Mulligan (SB#182034)
RUBERTO, ISRAEL & WEINER, P.C.
255 State Street
Boston, MA  02109
Telephone: 617-742-4200
Facsimile:  617-742-2355

Attorneys for Plaintiffs
CRUNCHYROLL, INC. and
TV TOKYO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Crunchyroll, Inc., and TV TOKYO Corporation, by its attorney-in-fact, Crunchyroll, Inc., <br><br> vs. <br><br> Basil Hawkins, Dominik Ichiga, Susuke Uchiha, Aria Admiral, John Jones, Moe Ahmad, Trevort West, Treyston Kings, Eazy Andre, Racine Boumedo, Andres Nielson Adam Magyarfa and William Barrera | Case No.: CV11-02334-JCS <br><br> ORDER ON MOTION FOR ALTERNATE SERVICE OF PROCESS OF COMPLAINT |
|---|---|

After hearing, and all parties having had the opportunity to be heard, it is hereby ORDERED and ADJUDGED that for the reasons on the record, the Court authorizes service by e-mail of Aria Admiral at the following e-mail addresses:

StreetFighter4nub@live.com
PirateKing000@live.com
finalhokagehdbackup@live.com

So Ordered:

08/16/2011



Magistrate Judge Joseph C. Spero

{00162254.DOC/1}

1

Order on Motion for Alternate Service