

**RUBERTO, ISRAEL & WEINER**

Maureen Mulligan  
Ext.: 279  
E-mail: msm@riw.com

November 10, 2011

The Honorable Joseph C. Spero
U. S. District Court
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA   94102

RE:   Crunchyroll, Inc., et al v. Hawkins, et al
      Docket No. 3:11-cv-02334-JCS

Dear Judge Spero:

    I am requesting a telephonic appearance for the Initial Case Management Conference scheduled on Friday, November 18, 2011 at 1:30 p.m. with reference to the above-entitled matter. My land line telephone number is 617-570-3579.

    Thank you for your consideration in this matter.

Very truly yours,

*Maureen Mulligan*

Maureen Mulligan

MM/jlm

cc:   Karen_Hom@cand.uscourts.gov

IT IS HEREBY ORDERED that Ms. Mulligan shall be on phone standby beginning at 1:30 PM (PST) and await the Court's call.

Dated: Nov. 14, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

{00179465.DOC/1}