

**RIW**
RUBERTO, ISRAEL & WEINER

Maureen Mulligan
Ext.: 279
E-mail: msm@riw.com

January 14, 2013

The Honorable Joseph C. Spero
U. S. District Court
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Crunchyroll, Inc., et al v. Hawkins, et al
 Docket No. 3:11-cv-02334-JCS

Dear Judge Spero:

I am requesting a telephonic appearance for the Case Management Conference scheduled on Friday, February 15, 2013 at 1:30 p.m. with reference to the above-entitled matter. My land line telephone number is 617-570-3579.

Thank you for your consideration in this matter.

Very truly yours,

Maureen Mulligan

MM/jlm

cc: Karen_Hom@cand.uscourts.gov

IT IS HEREBY ORDERED that Ms. Mulligan shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 1/14/13

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

{00250844.DOC/1}

Ruberto, Israel & Weiner, P.C. | 255 State Street, 7th Floor | Boston, MA 02109 | T: 617.742.4200 F: 617.742.2355 | www.riw.com