UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUNCHYROLL, INC., et al.,<br><br>　　　　　Plaintiffs.<br>　v.<br><br>DANIEL PLEDGE, et al.,<br><br>　　　　　Defendants. | Case No.  11-cv-02334-JCS<br><br>**ORDER TO SHOW CAUSE AND FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **April 12, 2013,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall serve Defendant Pledge, and take his default, within forty-five (45) days of the date of this Order if a responsive pleading is not filed. Within thirty (30) days thereafter, Plaintiff shall file a Motion for Default Judgment as to all remaining Defendants.

2. Plaintiff shall appear on **June 14, 2013, at 1:30 PM**, and then and there show cause why Defendant Pledge should not be dismissed from this action for failure to serve.

3. A further case management conference is set for **June 14, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated:  April 17, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge