Maureen Mulligan (SB#182034)
RUBERTO, ISRAEL & WEINER, P.C.
mmulligan@riw.com
255 State Street
Boston, MA 02109
Telephone: 617-742-4200
Facsimile: 617-742-2355

Attorneys for Plaintiffs
CRUNCHYROLL, INC. and
TV TOKYO CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Crunchyroll, Inc., and TV TOKYO Corporation, by its attorney-in-fact, Crunchyroll, Inc., vs. Daniel Pledge, Aria Admiral, Moe Ahmad, William Barrera and Does 1-25. | Case No.: CV11-02334-SBA<br><br>ORDER |
|---|---|

After review of the Motion for Two Week Extension of Time to File Objections to Report and Recommendation Re Motion for Default Judgment, it is hereby ORDERED that Plaintiffs' Objections shall be filed by Monday, March 10, 2014.

*/s/ Saundra B Armstrong*
Hon. Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE
United States District Court for the Northern District of California

Date: 2/18/2014

S:\WDOX\Lit\LIT\10243\00026\00323377.DOC.