UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUNCHROLL, INC., et al., | Case No: C 11-2334 SBA |
| Plaintiffs, | **ORDER STRIKING IMPROPER MOTION** |
| vs. | Docket 101 |
| DANIEL PLEDGE, et al., | |
| Defendants. | |

On March 10, 2014, Plaintiffs filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. Dkt. 101. The motion is sixteen pages long and exceeds the maximum page limit specified in the Court's Standing Orders. In addition, the motion is improperly noticed for hearing on Friday, April 4, 2014. Civil Local Rule 72-3 specifies that a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge "must be made pursuant to Civil L.R. 7-2." In turn, Local Rule 7-2 specifies that a motion must not be noticed for hearing "less than 35 days after filing of the motion." Plaintiffs noticed their motion with less than the requisite amount of notice, and for a day on which this Court does not hold its law and motion calendar. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge (Dkt. 101) shall be STRICKEN from the record. Plaintiffs may refile their motion by no later than Noon on March 12, 2014. Should Plaintiffs fail to timely refile their motion in conformity with all applicable procedural rules, the Court will deem all objections to the Magistrate's Report and Recommendation waived.

IT IS SO ORDERED.

Dated: March 10, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge