UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUNCHYROLL, INC., and TOKYO CORPORATION, by its attorney-in-fact, CRUNCHYROLL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PLEDGE, ARIA ADMIRAL, MOE AHMAD, WILLIAM BARRERA, and DOES 1-25,<br><br>Defendants. | Case No: C 11-2334 SBA<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Adopting Report and Recommendation of Magistrate Judge,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiffs.

IT IS SO ORDERED.

Dated: March 31, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge